```
EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

WES R. PORTER #7698
Assistant U.S. Attorney

DENNIS L. DEBAR, JR.
Special Assistant U.S. Attorney
15 AW/JAL
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 243
Facsimile No.  449-8614
Email:  dennis.debar@hickam.af.mil

Attorneys for Plaintiff
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 2 2004

at 3 o'clock and 40 min. ___M
WALTER A.Y.H. CHINN, CLERK

LODGED

OCT 08 2004

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       vs.                       )<br>                                 )<br>VIRGINIA P. HOFFERT,             )<br>                                 )<br>            Defendant.           )<br>_____) | CR. NO.:  02-00321<br><br>ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the district of Hawaii hereby dismisses,

without prejudice, the information against the Defendant VIRGINIA P. HOFFERT, due to witness unavailability.

DATED: Honolulu, Hawaii, October 8, 2004.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii

                                  */s/ Dennis L. DeBar, Jr.*
                                  DENNIS L. DEBAR, JR
                                  Special Assistant. U.S. Attorney
                                  District of Hawaii

APPROVED AND SO ORDERED:

                                  _____BARRY M. KURREN_____
                                  UNITED STATES MAGISTRATE JUDGE

U.S. v. VIRGINIA P. HOFFERT
CR. NO.: 02-00321
Order For Dismissal