AO 422 (Rev. 12/85) Warrant for Arrest



**ORIGINAL**

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00321 |
| VIRGINIA P. HOFFERT<br>2625 BURLAN LOOP<br>KAILUA, HI. 96734<br>(Name and Address of Defendant) | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>APR 0 1 2008<br>at 8 o'clock and 45 min. __ M.<br>SUE BEITIA, CLERK |

YOU ARE HEREBY COMMANDED TO ARREST VIRGINIA P. HOFFERT and bring her forthwith to the nearest district/ magistrate judge to answer an Information , charging her with: (brief description of offense)

Theft of Government Property on or about February 3, 2002 at Hickam Air Force Base, Hawaii

in violation of Title 18 United States Code, Section 641.

U.S. MARSHALS SERVICE
HONOLULU, HI.
02 SEP 10 P12:33
RECEIVED

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]*<br>Signature of Issuing Officer/Deputy Clerk | 09-10-02 for 09-04-02 court hearing at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at $100.00 Signature Bond    By: Leslie E. Kobayashi, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DISMISSED
Date: OCT 1 2 2004

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest | | |